STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM COUNCIL, A/K/A JOHNNY WILLIE DAVIS, DEFENDANT-APPELLANT.

Argued May 9, 1967—Decided June 5, 1967.

Mr. *Myron P. Maurer* argued the cause for appellant.

Mr. *Richard B. McGlynn,* Assistant Prosecutor, argued the cause for respondent (Mr. *Brendan T. Byrne,* Essex County Prosecutor, attorney).

The opinion of the court was delivered

PER CURIAM. Defendant was indicted for the murder of one Jake C. McKenzie on June 6, 1965. After a six-day trial the jury found him guilty of manslaughter and he was sentenced to State Prison for seven to ten years. He has appealed directly to this Court under *R. R.* 1:2–1(c).

█ The verdict was amply justified on the evidence, and no suggestion to the contrary is made on this review. In fact there was substantial evidence which would have supported a verdict of a higher degree of criminal homicide, if such conclusion had been reached by the jury.

██ The only ground of appeal asserted by defendant is that a portion of the trial court's charge on the subject of self-defense was erroneous. When such a criticism is made, an appellate tribunal does not treat excerpts from a charge in isolation; the charge is examined as a whole and if on such study prejudicial error does not appear the verdict must stand. *State v. Hipplewith,* 33 *N. J.* 300, 317 (1960). We have examined the entire charge here, particularly as it deals with the matter of self-defense, and although it is not as clear or as comprehensive as it might have been, we cannot say that it reveals prejudicial error.

Affirmed.

For *affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

For *reversal*—None.